# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY PALSER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEN PELSTER, et al, )<br>)<br>Defendants. ) | 7:10CV5012<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on February 9, 2011, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before March 11, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior Judge Lyle E. Strom, at *strom@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The planning conference and all other progression order deadlines are cancelled upon the representation that this case is settled.

DATED this 9th day of February, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge