IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY PALSER, Personal Representative of the Estate of DEBRA PALSER, Deceased, and TROY PALSER, Father and Next Friend of GAGE PALSER, a Minor Child, )<br><br>         Plaintiff, )<br><br>    v. )<br><br>BEN PELSTER and GREG PELSTER, )<br><br>         Defendants. ) | | 7:10CV5012<br><br><br><br><br>ORDER |

       This matter is before the Court on the stipulation of dismissal (Filing No. 17) filed by the parties.  Pursuant thereto,

       IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice.

       DATED this 16th day of March, 2011.

       BY THE COURT:

       /s/ Lyle E. Strom

       _____
       LYLE E. STROM, Senior Judge
       United States District Court